UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br>Plaintiff,<br>v.<br>JIM TRAN, et al.,<br>Defendants. | Case No. 2:26-cv-00340-FLA (ACCVx)<br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

On June 10, 2026, the clerk of the court entered the default of Defendant Kay Ann Yee, as Trustee of the Yee Family Revocable Living Trust ("Defendant") at Plaintiff Michael Rhambo's ("Plaintiff") request. Dkt. 18. Plaintiff, however, has not filed an application for default judgment or any other document since Defendant's default has been entered.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing, within fourteen (14) days of the date of this Order, why the action should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of the action without further notice. The filing of an application for default judgment shall constitute a sufficient response to the OSC. *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: September 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge